UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MICHAEL MILES, Individually,

   Plaintiff,

v.

   Case No. 14-cv-14702

   Honorable Linda V. Parker

LAKEVIEW HILLS COUNTRY
CLUB, LTD., a Michigan Corporation,

   Defendant.
_____/

**AMENDED STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

This matter having come before the Court on the Stipulation of the parties; the parties having entered into a Settlement Agreement and Release dated November 6, 2015 (the "Settlement Agreement"), and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED as follows:

1. This action shall be, and hereby is, dismissed with prejudice and without costs or attorney fees to any party except as provided in the Settlement Agreement.

2. The Court retains jurisdiction over this matter for the sole purpose of enforcing the terms of the Settlement Agreement, if necessary.

            s/ Linda V. Parker
            LINDA V. PARKER
            U.S. DISTRICT JUDGE

Dated: November 19, 2015

The parties to this action, by their respective attorneys, hereby stipulate to entry of the above Order.

| | |
|---|---|
| */s/ Owen B. Dunn, Jr.* | */s/ Kevin A. Fanning* |
| Owen B. Dunn, Jr. | Kevin A. Fanning |
| **LAW OFFICE OF OWEN B. DUNN, JR.** | Clark Hill PLC |
| The Ottawa Hills Shopping Center | 151 S. Old Woodward, Suite 200 |
| 4334 W. Central Avenue, Suite 222 | Birmingham, MI 48009 |
| Toledo, OH 43615 | 248.642.9692 |
| Telephone: (419) 241-9661 | Email: kfanning@clarkhill.com |
| Fax: (419) 241-9737 | Attorneys for Lakeview Hills Country Club |
| Email: dunnlawoffice@sbcglobal.net | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |